IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION



STEPHEN PATRICK,

    Plaintiff,

v.

ANTICA POSTA RISTORANTE, INC.,
et al.,

    Defendants.

CIVIL ACTION NO.
1:09-CV-409-JEC

### ORDER

This case is before the Court on plaintiff's Motion for Conditional Certification and Issuance of Notice [17], plaintiff's First Motion to Compel Discovery Responses [80], and defendants' Motion for Stay of Discovery and Status Conference [85]. As to defendants' Motion for Stay of Discovery and Status Conference [85], that motion has been effectively granted by this Court through its Order of December 4, 2009 [86] and the subsequent conference between counsel and the Court on February 3, 2010 [89].

At that conference, the parties agreed to continue their efforts to work out a settlement and to exchange appropriate documents needed for that task. The parties have not reported back to the Court yet as to the outcome of those discussions. The Court indicated at that conference that, to conserve judicial resources, the Court would deny without prejudice plaintiff's Motion for Conditional Certification

and Issuance of Notice [17] and plaintiff's First Motion to Compel Discovery Responses [80], based on its assumption that the case may settle soon.

The Court now formally **DENIES WITHOUT PREJUDICE** plaintiff's Motion for Conditional Certification and Issuance of Notice [17] and plaintiff's First Motion to Compel Discovery Responses [80]. If settlement is not consummated by **April 30, 2010**, plaintiffs should refile these motions, if they choose to do so, by **May 17, 2010**. In any event, the parties should advise the Court by **April 30, 2009** whether the parties have reached a settlement. The Court also formally **GRANTS** defendants' Motion for Stay of Discovery and Status Conference [85].

SO ORDERED, this 22 day of MARCH, 2010.

_____
JULIE E. CARNES
CHIEF U.S. DISTRICT JUDGE